1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   MUSTAFFA MANSOUR, | Case No. 1:22-cv-01054-EPG (PC) |
| 12                           Plaintiff, | ORDER GRANTING PLAINTIFF'S |
| 13        v. | MOTION FOR ISSUANCE OF SUBPOENA *DUCES TECUM* |
| 14   NORTH KERN STATE PRISON, et al., | (ECF No. 10) |
| 15                           Defendants. | ORDER DIRECTING CLERK TO SEND PLAINTIFF ONE COPY OF FORM AO 88B |
| 16 | AND ONE COPY OF FORM USM-285 |
| 17 | |

18      Mustaffa Mansour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

19   in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint

20   commencing this action on August 22, 2022, and the complaint is currently awaiting screening.

21   Among other things, Plaintiff alleges that he was transferred by the San Diego Sherriff to North

22   Kern State Prison.  When he arrived, defendant Luken, a correctional officer at North Kern State

23   Prison, came on the bus and used excessive force on him.

24      On September 30, 2022, Plaintiff filed a motion for the issuance of a subpoena *duces tecum*.

25   (ECF No. 10).  Plaintiff appears to ask the Court for permission to subpoena records from the San

26   Diego County Sheriff.  In particular, Plaintiff states that he is seeking the video recording from

27   San Diego Sheriff's Bus 24245 that was made on May 25, 2022, at around 8:00 a.m.  According

28   to Plaintiff, the video recording shows defendant Luken enter the bus, hit Plaintiff, choke

Plaintiff, and threaten Plaintiff.  Plaintiff also requests the list of inmates that were transported on that bus.[1]

Plaintiff has identified the records he is seeking, as well as the person he is seeking them from.  Additionally, video of the alleged excessive force incident, as well as a list of potential witnesses to the incident, are relevant to this case.  Finally, it appears that these records are in the possession, custody, or control of the San Diego County Sheriff, a third party.

Accordingly, the Court will grant Plaintiff's motion.  The Court notes that, in completing the subpoena, Plaintiff should identify with particularity the records he is seeking, just as he did in his motion.

Accordingly, IT IS ORDERED that:

1.  Plaintiff's motion for the issuance of a subpoena *duces tecum* is granted;

2.  The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one copy of form USM-285; and

3.  Plaintiff has thirty days from the date of service of this order to complete and return form AO 88B and form USM-285.

IT IS SO ORDERED.

Dated:   __October 4, 2022__                      ___/s/ Erica P. Grosjean___
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] In concluding his motion, Plaintiff asks the court to grant his motion and "supplies to correspond back and forth." (ECF No. 10, p. 1).  However, in his motion, Plaintiff does not actually ask the Court to provide supplies.  Moreover, while the Court may provide certain forms, it does not provide supplies to litigants.  Accordingly, to the extent is asking the Court to provide supplies, Plaintiff's request is DENIED.