UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>                    Plaintiff,<br><br>       v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>                    Defendants. | Case No. 1:22-cv-01054-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S COMPLETED FORM AO 88B AND FORM<br><br>(ECF No. 13)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF ONE COPY OF FORM AO 88B AND ONE COPY OF FORM USM-285 |

Mustaffa Mansour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 22, 2022, and the complaint is currently awaiting screening. Among other things, Plaintiff alleges that he was transferred by the San Diego County Sherriff to North Kern State Prison. When he arrived, defendant Luken, a correctional officer at North Kern State Prison, came on the bus and used excessive force on him.

On October 5, 2022, the Court granted Plaintiff's motion for the issuance of a subpoena *duces tecum*. (ECF No. 11). The Court informed Plaintiff that, "in completing the subpoena, Plaintiff should identify with particularity the records he is seeking, just as he did in his motion."

\\\

\\\

1

1  (Id. at 2).  The Court also directed the Clerk of Court to send Plaintiff one copy of form AO 88B
2  and one copy of form USM-285.  (Id.).  On October 25, 2022, Plaintiff completed and returned
3  the forms.  (ECF No. 13).  However, Plaintiff did not fill them out correctly.
4      On the subpoena form, form AO 88B, despite the Court's instruction, Plaintiff did not list
5  any documents that he is seeking.  The Court permitted Plaintiff to subpoena **the video recording**
6  **from San Diego Sheriff's Bus 24245 that was made on May 25, 2022, at around 8:00 a.m., as**
7  **well as the list of inmates that were transported on that bus**.  Plaintiff should describe these
8  records on the subpoena form.
9      Additionally, in the place and date/time and sections of the subpoena, instead of listing the
10 place and the date/time for the San Diego County Sheriff to comply with the subpoena, Plaintiff
11 appears to have listed the date, time, and place of the alleged excessive force incident.  Plaintiff
12 should list his current address and provide a reasonable time for the San Diego County Sheriff to
13 comply with the subpoena.
14     As to form USM-285, Plaintiff did not list the name of the individual to be served (the San
15 Diego County Sheriff) or provide the Sheriff's address.  Plaintiff also did not fill out the section
16 for his address so that he could be sent notice of service.  Plaintiff should list the San Diego
17 County Sheriff as the individual to be served, provide the San Diego County Sheriff's address,
18 and provide his address so that he can be sent notice of service.
19     Accordingly, the Court will not direct the United States Marshal's Service to serve the
20 subpoena at this time.  Instead, the Court will direct the Clerk to send Plaintiff another copy of
21 form AO 88B and another copy of form USM-285, so that Plaintiff can complete these forms
22 correctly.
23     Accordingly, IT IS ORDERED that:
24         1. The Clerk of Court is directed to send Plaintiff one copy of form AO 88B and one
25           copy of form USM-285; and
26 \\\
27 \\\
28 \\\

2. Plaintiff has thirty days from the date of service of this order to complete and return form AO 88B and form USM-285.

IT IS SO ORDERED.

Dated:   **October 27, 2022**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE