1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>             Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>             Defendants. | Case No. 1:22-cv-01054-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE TO THE COURT REGARDING SUBPOENA<br><br>(ECF No. 18) |

11

12

13

14

15

16

17

18        Mustaffa Mansour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

19  *pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

20        On November 3, 2022, the Court directed the United States Marshals Service to serve a

21  subpoena on the San Diego County Sheriff.  (ECF No. 17).  In a notice dated November 25,

22  2022, Plaintiff states that it has been twenty-one days from the date of the order, but Plaintiff

23  has not received a response.  (ECF No. 18).

24        The San Diego County Sheriff was given twenty-one days from the date of service of

25  the subpoena to respond, not from the date of the order authorizing service.  (ECF No. 17, p. 2).

26  According to the United States Marshals Service, the subpoena was served on November 4,

27  2022.  (ECF No. 19).  Moreover, the Court allowed the San Diego County Sheriff to respond

28  by mailing responsive documents to Plaintiff (ECF No. 17, p. 2), and it will take additional

1   time for Plaintiff to receive a response by mail.

2       The Court will take no further action on Plaintiff's notice.  If Plaintiff does not receive a

3   response by December 9, 2022, Plaintiff may file a motion to compel.  In addition to filing the

4   motion with the Court, Plaintiff should serve a copy of the motion by mail on the San Diego

5   County Sheriff.  Prior to filing a motion to compel, Plaintiff should contact his Institution's

6   mailroom to check if a response was received.

7

8   IT IS SO ORDERED.

9     Dated:   **November 29, 2022**       /s/ _Erica P. Grosjean_

10                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2