UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>       Plaintiff,<br><br>  v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>       Defendants. | Case No. 1:22-cv-01054-EPG (PC)<br><br>ORDER DIRECTING SAN DIEGO COUNTY SHERIFF TO RESPOND TO MOTION TO COMPEL (ECF NO. 21) WITHIN TWENTY-ONE DAYS<br><br>ORDER DIRECTING CLERK TO SERVE SAN DIEGO COUNTY SHERIFF AND SAN DIEGO'S OFFICE OF COUNTY COUNSEL WITH A COPY OF THIS ORDER AND THE MOTION TO COMPEL (ECF NO. 21) |

Mustaffa Mansour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court allowed Plaintiff to issue a subpoena to the San Diego County Sheriff. (ECF No. 11). On December 5, 2022, Plaintiff filed what the Court construes as a motion to compel directed at the San Diego County Sheriff. (ECF No. 21). However, it does not appear that Plaintiff served the San Diego County Sheriff with a copy of the motion.

Accordingly, IT IS ORDERED that:

1. The San Diego County Sheriff has twenty-one days from the date of service of this order to file and serve a response to Plaintiff's motion to compel (ECF No. 21); and

\\\

2. The Clerk of Court is directed to serve a copy of this order and a copy of the motion to compel (ECF No. 21) by mail on:

    a. The San Diego County Sheriff, John F. Duffy Administrative Center, P.O Box 939062, San Diego, CA 92193-9062; and

    b. San Diego's Office of County Counsel, 1600 Pacific Highway, Room 355, San Diego, CA 92101.

IT IS SO ORDERED.

Dated: __December 7, 2022__       /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2