UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>    Defendants. | Case No. 1:22-cv-01054-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT CERTAIN CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(ECF Nos. 1 & 24)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE |

    Mustaffa Mansour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the complaint commencing this action on August 22, 2022. (ECF No. 1). The Court screened Plaintiff's complaint. (ECF No. 24). The Court found that only the following claim should proceed past the screening stage: Plaintiff's Eighth Amendment excessive force claim against defendant Luken. (Id.).

    The Court gave Plaintiff thirty days to either: "a. File a First Amended Complaint; b. Notify the Court in writing that he does not want to file an amended complaint and instead wants to proceed only on his Eighth Amendment excessive force claim against defendant Luken; or c. Notify the Court in writing that he wants to stand on his complaint." (Id. at 11). On December 27, 2022, Plaintiff filed what the Court construes as a notice that he wants to

1

proceed on the claim that the Court found should proceed past screening.  (ECF No. 25).[1]

Accordingly, for the reasons set forth in the Court's screening order that was entered on December 16, 2022 (ECF No. 24), and because Plaintiff has notified the Court that he wants to proceed on the claim that the Court found should proceed past screening (ECF No. 25), it is HEREBY RECOMMENDED that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment excessive force claim against defendant Luken.

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

Additionally, IT IS ORDERED that the Clerk of Court is directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated:   **January 3, 2023**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a notice of change of address.  (ECF No. 25).  In the notice, Plaintiff states that he wrote the Court a letter about moving forward on his Eighth Amendment excessive force claim.  While the Court has not yet received this letter, as Plaintiff indicates that he wants to move forward on his Eighth Amendment excessive force claim, the Court construes the notice as also including Plaintiff's response to the screening order.
 In the notice Plaintiff also complains about the circumstances of his transfer, but he does not request any relief from the Court.  Accordingly, the Court will not address these allegations.  If Plaintiff wants relief related to this case, Plaintiff should file a motion asking for the relief he is seeking or a separate lawsuit regarding this issue.