UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER LUKEN,<br><br>　　　　Defendant. | Case No. 1:22-cv-01054-JLT-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S LETTER TO THE COURT FILED ON MARCH 28, 2023<br><br>(ECF No. 38) |

　　　　Mustaffa Mansour ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On March 28, 2023, Plaintiff filed a letter addressed to the Court.  In the letter, Plaintiff addresses several topics, including the potential settlement conference (see ECF No. 37, Order Regarding Early Settlement Conference).

　　　　Plaintiff's filing is improper.  As the Court previously informed Plaintiff, if he wants relief related to this case, he should file an appropriate motion for the relief he is seeking, not a letter to the court.  (ECF No. 2, p. 2 ("A document requesting a court order must be styled as a motion.  Letters to the Court or a judge may be stricken/returned."); ECF No. 28, p. 2 n.1 ("If Plaintiff wants relief related to this case, Plaintiff should file a motion asking for the relief he is seeking….")).

1

Nevertheless, the Court notes that it has not yet scheduled a settlement conference in this case. Defendant has until April 24, 2023, to opt out of the settlement conference or to contact the Court's ADR Coordinator to schedule one. (ECF No. 37, p. 2).

The Court will take no further action on Plaintiff's letter. If Plaintiff wants relief from the Court, he should file a motion with the Court asking for the relief he is seeking, as well as an explanation as to why he believes he is entitled to such relief.

IT IS SO ORDERED.

Dated:  **March 30, 2023**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE