UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER LUKEN,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01054-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF A *SUA SPONTE* EXTENSION TO FILE A SCHEDULING AND DISCOVERY STATEMENT<br><br>(ECF No. 49)<br><br><br>FOURTEEN (14) DAY DEADLINE |

　　　On October 5, 2023, the Court issued an order requiring each party to submit a statement regarding the schedule and discovery matters within thirty days from the date of service of the order. (ECF No. 49). Defendant timely filed his statement on November 6, 2023. (ECF No. 50). However, Plaintiff has yet to file a statement, and the time to do so has expired.

　　　Accordingly, IT IS ORDERED as follows:

1. The Court will grant Plaintiff a single *sua sponte* extension to December 4, 2023, to file his scheduling and discovery statement.

\\\

\\\

\\\

\\\

1

2. Plaintiff is advised that, if he fails to file a statement by this date, this action may be dismissed for a failure to prosecute and failure to follow a court order.

IT IS SO ORDERED.

Dated: **November 20, 2023**         /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2