UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>       Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER LUKEN,<br><br>       Defendant. | Case No. 1:22-cv-01054-JLT-EPG (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO CONTACT ADR COORDINATOR WITHIN FOURTEEN DAYS TO SCHEDULE MEDIATION |

    On September 20, 2024, Defendant filed a statement of settlement conference productivity report. (ECF No. 63). The report indicated that Defendant and Plaintiff spoke on September 13, 2024, and expressed a willingness to attend a second settlement conference. (*Id.* at 1). Specifically, Defendant believes "the parties would benefit from attending mediation with a magistrate judge who will help the parties focus on the claim at issue in this case, assess the strengths and weakness of their cases, and realistically value the case based on these factors." (*Id.* at 1-2).

    Accordingly, IT IS ORDERED that defense counsel has fourteen days from the date of service of this order to contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule mediation.

The parties are advised that all dates set in the Court's Scheduling Order remain as previously set. (ECF No. 54).[1] Additionally, the Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

IT IS SO ORDERED.

   Dated:   **September 23, 2024**                /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] If the parties wish for an extension of these dates, they may do so by filing the appropriate motion or stipulation.