UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>            Plaintiff,<br><br>      v.<br><br>NORTH KERN STATE PRISON, *et al.*,<br><br>            Defendants. | Case No.   1:22-cv-01054-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROPERTY<br><br>(ECF No. 66, 68, 76, 77) |

Plaintiff Mustaffa Mansour is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiff's motion[1] for property. (ECF No. 68) For the reasons stated below, the Court will deny Plaintiff's motion.

On October 21, 2024, Plaintiff filed a notice to the Court that he would consider settlement and that his property had been withheld at San Quentin State Prison for two months. (ECF No. 66). The Court ordered Defendant to file a response. (ECF No. 67). On November 1, 2024, Plaintiff filed the instant motion for property, reiterating that he had been without his property for the past two months and adding that San Quentin refused to send his property to him after denying a 602 grievance. (ECF No. 68).[2]

---

[1] Plaintiff's current motion, as well as the other filings referenced in this order, are unsigned in violation of Federal Rule of Civil Procedure 11(a) and Local Rule 131(b). While the Court has considered Plaintiff's motion on its merits, Plaintiff is reminded that all filings must be signed, and unsigned pleadings may be stricken.

[2] Plaintiff's motion also informed the Court that he had been transferred to California Men's Colony.

1

On November 8, 2024, Plaintiff filed another notice to the Court regarding his property. (ECF No. 76). Plaintiff's notice stated that he had been without his property for three months "in violation of due process." (*Id.*). On November 14, 2024, Plaintiff made another filing indicating that his legal documents were still at San Quentin State Prison, and that San Quentin has "retaliated at [Plaintiff]." (ECF No. 77).

On November 5, 2024, Defendant filed a response to Plaintiff's October 21, 2024, notice to the Court. (ECF No. 70). Defendant's response expressed a willingness to explore settlement and stated that defense counsel was extensively investigating the location of Plaintiff's property. Defense counsel confirmed that Plaintiff's property was located at San Quentin Rehabilitation Center and was shipped via FedEx Ground to California Men's Colony on October 31, 2024. (*Id.* at 2). Defendant also filed a Transaction Record showing Plaintiff's property had been shipped on October 31, 2024, and an Inmate Property Log indicating three boxes of Plaintiff's property were received on November 1, 2024. (*See* ECF No. 73[3]).

Given defense counsel's response and records indicating Plaintiff's property was located and shipped to California Men's Colony, the Court will deny Plaintiff's motion.[4]

Accordingly, Plaintiff's motion for property (ECF No. 68) is DENIED.

IT IS SO ORDERED.

Dated:   **December 13, 2024**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE

---

[3] Defendant's filing at ECF No. 73 is identical to the filing at ECF No. 70, except for the attachment of the aforementioned records.

[4] However, if Plaintiff lacks his property in the future, he may file another motion.