UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>R. LUCKEN,<br><br>    Defendant. | Case No. 1:22-cv-01054-JLT-EPG (PC)<br><br>**ORDER AMENDING CAPTION** |

    For the reasons stated below, the Court directs the Clerk of Court to amend the caption of this case.

    Plaintiff Mustaffa Mansour is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. In his original complaint, Plaintiff named as defendants North Kern Valley State Prison, Correctional Officer Luken, and California Department of Corrections. (ECF No. 1 at 1, 2). Following screening, the Court dismissed certain claims and defendants North Kern Valley State Prison and California Department of Corrections (ECF Nos. 28, 34) and ordered that this case proceed "only upon Plaintiff's claim for Eighth Amendment excessive force against defendant Luken." (ECF No. 34 at 2).

    The Court then ordered service of the complaint under the Court's E-Service pilot program for civil rights cases by providing copies of relevant documents electronically to the California Department of Corrections and Rehabilitation (CDCR) and the California Attorney

General's Office. (ECF No. 29). As ordered, the CDCR timely filed with the Court the "CDCR Notice of Intent to Waive Service" (ECF No. 33), followed by Waiver of Service (ECF No. 36). These and subsequent pleadings identify that the correct spelling for the single remaining defendant in this case is "R. Lucken."

Accordingly, **IT IS ORDERED** that:

1. The Clerk of Court is directed to amend the caption and update the docket in this case to correct the spellings of defendant's names and their occupations as follows:

| Name of the defendant as alleged in the Complaint | Correct/Full name and occupation |
|---|---|
| Correctional Officer Luken | R. Lucken<br>*Correctional Officer at*<br>*North Kern State Prison* |

2. The Clerk of Court and the parties in this case are directed to change the caption of this case to read as follows and all future filings shall refer to this case as *Mansour v. Lucken*:

| | |
|---|---|
| MUSTAFFA MANSOUR,<br>    Plaintiff,<br>        v.<br>R. LUCKEN,<br>    Defendant | Case No. 1:22-cv-01054-JLT-EPG (PC) |

IT IS SO ORDERED.

Dated:  **February 21, 2025**                    /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE