UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFFA MANSOUR,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>  Defendants. | Case No.: 1:22-cv-1054 JLT EPG<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE, DENYING AS MOOT DEFNDANT'S MOTION FOR AN ORDER TO SHOW CAUSE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 91, 94) |

   Mustaffa Mansour sought to hold Correctional Officer Luken liable for excessive force in violation of Plaintiff's Eighth Amendment rights while he was housed at North Kern State Prison. (*See* Doc. 34 at 1-2.) After the Postal Service returned the Court's mail as "Undeliverable, Return to Sender, Paroled/Discharged" on June 12, 2025, Plaintiff did not file any notice of a change of address. Defendants moved for an order to show cause regarding dismissal. (Doc. 91.) The magistrate judge found Plaintiff failed to prosecute the action and terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit. (Doc. 94 at 2-5.) The magistrate judge recommended the Court dismiss the action and deny Defendant's motion. (*Id.* at 5.)

   The Court served the Findings and Recommendations on Plaintiff at the address on record and notified him that any objections were due within 30 days. (Doc. 94 at 6.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal."

1

(*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) The Postal Service again returned the Court's mail as "Undeliverable, Return to Sender, Not Deliverable as Addressed, Unable to Forward, Paroled/Discharged" on September 8, 2025. Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f). To date, Plaintiff has not filed a notice of change of address or otherwise communicated with the Court.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 22, 2025 (Doc. 94) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. Defendant's motion for an order to show cause is denied as **MOOT**.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 24, 2025**

UNITED STATES DISTRICT JUDGE

2